UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARASU TEXPORTS,

         Plaintiff,

-against-

SPORTLIFE BRANDS, LLC, et al.,

         Defendants.

23-CV-7150 (JSR) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2023

**BARBARA MOSES, United States Magistrate Judge.**

      The Court has received and reviewed the parties' confidential settlement letters, including plaintiff's letter, which was received this afternoon. It is clear from the letters that the parties have failed to comply with ¶ 2 of this Court's November 15, 2023 Order Scheduling Settlement Conference (Dkt. 17), which required them to meet and confer in good faith and *in real time* to exchange at least one good-faith demand and offer. Consequently, it is hereby ORDERED that defendants shall promptly conduct the required settlement discussion, during which each party must provide at least one good-faith settlement demand or offer. The discussion may take place through counsel but must be conducted in good faith and in real time, *e.g.*, in person or by telephone. No later than **Monday, December 18, 2023, at 5:00 p.m.**, the parties must submit a *joint* supplemental settlement letter to chambers (by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov), confirming that they complied with this Order, providing the date and time of the discussion, and describing the terms of each party's most recent demand or offer.

Dated: New York, New York
       December 15, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**