UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARASU TEXPORTS,<br><br>　　　　Plaintiff,<br><br>　-v-<br><br>SPORTLIFE BRANDS, LLC et al,<br><br>　　　　Defendants. | 23-cv-7150 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

  On December 19, 2023, on the record before Magistrate Judge Barbara C. Moses the parties reached a settlement in principle to resolve this dispute. *See* Transcript of Dec. 19, 2023, Hearing. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

  SO ORDERED.

New York, NY
December 20, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

1